IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ELSIE R. WIGGINS,
    Plaintiff,

vs.                                    Case No.:  3:05cv305/RV/EMT

JO ANNE B. BARNHART,
Commissioner of Social Security,
    Defendant.

_____/

## O R D E R

       This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 9, 2006.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of all timely filed objections.

       Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

       2.    Defendant's Motion to Remand (Doc. 19) is **GRANTED** and the Commissioner's decision denying benefits is **REVERSED**.

       3.    This case is **REMANDED** to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).

       4.    Defendant is ordered to conduct proceedings in accordance with the Report and Recommendation (Doc. 20).

5.      The clerk shall enter a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE AND ORDERED** this 12th day of June, 2006.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**