IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ELSIE WIGGINS,
     Plaintiff,

vs.                             Case No.:  3:05cv305/RV/EMT

JO ANNE B. BARNHART,
Commissioner of Social Security,
     Defendant.
_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 12, 2006. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.      Plaintiff's application for attorney fees (Doc. 23) is **GRANTED** as set forth below.

3.      This court finds that Plaintiff's counsel, Teresa E. Liles, of T. Rhett Smith, P.A., is entitled to recover attorney fees in the amount of $4,375.00 for representing Plaintiff before the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. §2412 (EAJA), and the Commissioner is directed to pay counsel that amount.

**DONE AND ORDERED** this 17th day of October, 2006.

*/s/ Roger Vinson* _____
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**